IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**FILED**
JUN - 7 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| FOURTHWALL MEDIA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) Case Number 1:11-cv-00823-EGS |
| SUBMEDIA EUROPE, | ) |
| MEHMET R. ARAS | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT ORDER

This matter came before the Court on Plaintiff's application for entry of a default judgment against Defendants Submedia Europe and Mehmet R. Aras (collectively "Defendants"), under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1. A default was entered by the Clerk of the Court against Defendants on January 2, 2013.

2. Defendants are not minors, nor incompetent persons, nor members of the military service of the United States.

3. Defendants did not appear in or otherwise defend this action.

THEREFORE, IT IS ADJUDGED AND ORDERED that:

I.

FourthWall Media, Inc.'s targeted and interactive products for television advertising and television programming, including "Ad Widgets" and "TV Widgets," do not infringe any valid claim of United States Patent Number 7,036,139.

II.

Defendants and any officers, agents, servants, employees, or attorneys for Defendants are permanently enjoined from attempting or threatening to enforce against FourthWall Media, Inc., its direct or indirect subsidiaries, affiliates, customers, or suppliers, United States Patent Number 7,036,139 alleging infringement thereof or by any of same.

IT IS SO ORDERED this 6th day of June, 2013.

_____
United States District Judge